LYDIA JEWETT, *Administratrix, in Equity, versus* LAURISTON GUILD, *Administrator, & al.*

It is not for the Court, in a suit in equity, brought to redeem mortgaged premises, to ascertain the amount due, upon the payment of which the plaintiff is entitled to a conveyance; that is a service appropriate to a master.

THIS was a BILL IN EQUITY to redeem certain mortgaged real estate. The right to redeem was not questioned, the only issue being the amounts due to the several respondents, upon which the petitioner prayed the judgment of the Court.

*Bradbury & Morrill*, for plaintiff.

*R. H. Vose*, for respondents.

APPLETON, J. — The right of the plaintiff to redeem the mortgaged premises described in the plaintiff's bill, if there is any thing due, or to a release by the defendants, if there has been a compliance with the terms of the bond therein set forth, does not appear to be questioned.

The plaintiff is entitled to a conveyance, upon the payment of such sum, if any, as may be due the defendants.

The cause is to be referred to a master to ascertain what sum, if any, may be due the defendants, or either of them.

TENNEY, C. J., and RICE, CUTTING and MAY, J. J., concurred.